JAMES P. KEMP, ESQUIRE
Nevada Bar No.: 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRACEY EGINTON,<br><br>      Plaintiff,<br>vs.<br><br>SEGA SAMMY CREATION USA INC., a Nevada corporation,<br><br>      Defendant. | Case No.: 2:25:-cv-01115-CDS-DJA<br><br>PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT<br><br>[SECOND REQUEST] |

   COMES NOW PLAINTIFF by and through her counsel of record, JAMES P. KEMP, ESQ, and pursuant to FRCP Rules 4 and 6 hereby moves the Court for an Order extending time to serve process on Defendant SEGA SAMMY CREATION USA INC. for a period of approximately thirty (30) days, through and including **January 20, 2026.** This Motion is made upon the papers and pleadings set forth herein and attached hereto. The request for an extension of time is made in good faith and not for purposes of delay. This is the second request for an extension of this deadline and is made prior to the current deadline to serve process on the Defendant which is Thursday, December 18, 2025

   Dated this 18th day of December, 2025.

                   /s/ James P. Kemp
                 JAMES P. KEMP, ESQUIRE
                 *Attorneys for Plaintiff*

1

# POINTS AND AUTHORITIES

## I. INTRODUCTION

This case was filed with the court on June 21, 2025. There was one prior extension of the deadline to serve the summons and complaint on Defendant Sega Sammy Creation USA Inc. (ECF No. 7) from September 19, 2025 through and including December 18, 2025. This Motion is being brought in accordance with LR-IA 6-1, FRCP Rule 6, and FRCP 4(m). (*See generally* Ex. A. Kemp Decl).

In summary, this case is a retaliation case under Title VII of the Civil Rights Act of 1964 and NRS 613.340 that alleges that the Defendant retaliated against Plaintiff in the process of filing and prosecuting allegedly meritless and frivolous counterclaims in Plaintiff's discrimination case currently pending in Nevada state court in the Eighth Judicial District Court, Case No. A-23-877502-C. This case in this court is based upon a new EEOC charge that was filed and administratively exhausted AFTER the deadline to amend to add new claims in the state court case had expired and also because this case is based upon a separate nucleus of operative fact that is not the same as the state court case.

The parties in state court participated in a settlement conference on November 19, 2025 and have reached a resolution that, once finalized, is expected to result in a motion to voluntarily dismiss this federal action and seek a sealing of the matter. The parties are working on finalizing the written agreement to globally resolve all disputes. The Plaintiff believes that this case in federal court should not be served, and litigation of issues should not begin in this court, given the high likelihood that the matter will be finally and formally resolved by agreement. Accordingly, the Plaintiff asserts that there is good cause to extend time to serve process on the Defendant in this case for an additional month, through and including **January 20, 2026**.

## II. ARGUMENT

A. **Good cause exists to grant Plaintiff's Motion to Extend Time for Service of Process on Defendant.**

The facts set forth in the Declaration of James P. Kemp, Esq. (Exhibit A attached

2

hereto) is incorporated here by this reference as though fully set forth herein.

Federal Rules of Civil Procedure (FRCP) Rule 6(b) provides in relevant part:

(1) In General: When an act may or must be done within a specified time, the court may, for good cause, extend time: (A) with to without motion or notice if the court acts, or is a request is made.

Fed. R. Civ. P. 6.

Furthermore, the Rule which governs the time limit for service in Federal Court says "[if] a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m). This Rule "require[s] a court to extend time if good cause is shown and ... allow[s] a court discretion to dismiss or extend time absent a showing of good cause." *Matasareanu v. Williams,* 183 F.R.D. 242, 245 (C.D. Cal. 1998), citing *Petrucelli v. Bohringer and Ratzinger, GMBH Ausdereitungsanlagen,* 46 F.3d 1298, 1305 (3d Cir.1995). It is important to note that this Motion is being filed BEFORE the current deadline has expired. Accordingly, the Plaintiff does NOT have to show excusable neglect, simply good cause and Plaintiff knows of no court that would decline to hold that giving parties time to finalize a global resolution of all disputes is good cause. It certainly is good cause to attempt to resolve the case before any litigation, work, or judicial resources are required. With good cause shown, the court "must" grant an extension for an appropriate time under Rule 4(m). The additional one month to January 20, 2026 is an appropriate time under the circumstances. The new requested deadline for serving process on Defendant is January 20, 2026.

///

///

3

### III. CONCLUSION

Plaintiff respectfully request this Court to issue an Order permitting Plaintiff an additional one month period through and including **January 20, 2026** to perfect service against Defendant Sega Sammy Creation USA Inc.

DATED December 18, 2025

          /s/ James P. Kemp
JAMES P. KEMP, ESQUIRE
Nevada Bar No.: 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130

*Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED:**

Dated this __22nd__ day of December, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4

# INDEX TO EXHIBITS

1. Declaration of James P. Kemp, Esq.

# EXHIBIT A

Declaration of James P. Kemp, Esq.

# EXHIBIT A

JAMES P. KEMP, ESQUIRE
Nevada Bar No.: 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

TRACEY EGINTON,

        Plaintiff,

vs.

SEGA SAMMY CREATION USA INC., a Nevada corporation,

        Defendant.

Case No.: 2:25:-cv-01115-CDS-DJA

**DECLARATION OF JAMES P. KEMP IN SUPPORT OF EX PARTE MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT**

    COMES NOW JAMES P. KEMP, ESQ., and hereby declares under penalty of perjury as follows:

1. I am a resident of Clark County, Nevada, and over the age of eighteen (18) years of age.

2. I am an attorney duly licensed to practice before all courts within the State of Nevada, including the United States District Court for the District of Nevada. I am counsel of record for Plaintiff, Tracey Eginton.

3. I make this declaration of my own personal knowledge and each assertion contained herein is true and correct to the best of my knowledge, except those assertions made upon information and belief, and as to those assertions, I believe them to be true. If called to testify to the matters contained in this declaration, I would competently testify to the same.

1

4. Previously, in ECF No. 7, the court granted an extension of time through and including December 18, 2025 to serve process on Defendant Sega Sammy Creation USA Inc. while the parties pursued a settlement conference in state court.

5. The settlement conference took place in state court on November 19, 2025 and resulted in the parties reaching a tentative global agreement to resolve all of the disputes between them. The parties placed the material terms on the record in state court and are in the process of reducing all of the terms to a written agreement.

6. Since Defendant Sega Sammy Creation USA Inc. has not appeared in this matter, filing on an ex parte basis is proper.

7. This case arises out of allegedly frivolous, meritless, and retaliatory counterclaims brought by, or financed by, Defendant Sega Sammy Creation USA Inc. against Ms. Eginton in Nevada State Court. These retaliatory counterclaims were brought, and are allegedly being abusively prosecuted, to punish, harass, and retaliate against Ms. Eginton because of her protected opposition to illegal discrimination, harassment, and retaliation in bringing her claims under NRS 613.330 and 613.340. The state statute and Title VII of the Civil Rights Act of 1964 afford relief for retaliation through a civil action. Ms. Eginton has separately exhausted her administrative avenues through a charge that was dual-filed with the U.S. Equal Employment Opportunity Commission (EEOC) and the Nevada Equal Rights Commission (NERC). EEOC issued a Right to Sue notice and Ms. Eginton timely filed this case.

8. It is my belief that a formal agreement will be reached and signed by the parties in the next few weeks.

9. I believe that service of process in this case should be extended and delayed while the written agreement resolving all disputes between the parties is perfected and executed. This should occur

2

within the next month at which time I would move to voluntarily dismiss the matter and to seek sealing of this case.

10. I believe that good cause is shown for the extension of the deadline to serve process on Defendant in this case by one more month, through and including January 20, 2026.

FURTHER, THE DECLARANT SAYETH NAUGHT.

DATED December 18, 2025

                                                 /s/ James P. Kemp
                                                JAMES P. KEMP, ESQ.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983

3